# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO B. AYALA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>A. ASTORGA, et al.,<br><br>　　　　Defendants. | Case No. 1:23-cv-00528-SAB (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE AN AMENDED COMPLAINT<br><br>(ECF No. 9) |

Plaintiff Armando B. Ayala is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's motion for an extension of time to file an amended complaint, filed May 12, 2023.

Good cause having been presented, it is HEREBY ORDERED that Plaintiff is granted thirty (30) days from the date of service of this order to file an amended complaint.

IT IS SO ORDERED.

Dated: __May 15, 2023__

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1